## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:

JOSE D MIRANDA FIGUEROA
   *Debtor*

CASE NO. 15-02015 BKT

CHAPTER 13

## *DEBTOR'S OBJECTION TO CLAIM 6-2*

TO THE HONORABLE COURT:

**NOW COMES** Debtor herein, JOSE D MIRANDA FIGUEROA, by his undersigned attorney, and very respectfully ALLEGES AND PRAYS:

1. On October 7th, 2015, creditor Mildred Luz Ramos Cruz, filed Proof of Claim 6-2 which pretends to classify the amount of $525,000.00 as a none dischargeable debt.

2. Debtor objects said claim, based on the fact that creditor fails to include a judgement or any admissible evidence to support such claim other than copy of the Complaint.

3. On January 25th, 2016, creditor also filed a Motion Submitting Document on docket #42 which includes copy of the police report.

4. Section 523(a)(9) 11 U.S. Code § 523(a)(9), of the Bankruptcy Code details the exceptions to discharge regarding claims for a debt arising from the unlawful operation of a vehicle while intoxicated with alcohol. It specifically states that:

> "(a) A discharge under section 727, 1141, 1228(a), 1228(b), or 1328(b) of this title does not discharge an individual debtor from any debt— (9) for death or personal injury caused by the debtor's operation of a motor vehicle, vessel, or aircraft if such operation was unlawful because the debtor was intoxicated from using alcohol, a drug, or another substance."

5. Until this date, no adversary proceeding has been filed or other documentation that tends to justify such claim.

6. Attached hereto is copy of the actual toxicity report which clearly demonstrates that the debtor was not intoxicated with alcohol when the car accident occurred.

7. The police report included on the Motion Submitting Document on Docket #42 did not attach the actual report which evidences a mere 1.3% of alcohol when the legal limit is less than 8%.

8. For the reasons stated above, claim 6 - 2 should be disallowed or amended according to the evidence attached.

**WHEREFORE**, Debtor respectfully requests from this Honorable Court to take notice of the allegations stated above and that creditor's claim be disallowed or classified as an unsecured dischargeable debt and all other remedies that are just and proper be granted for the continuation of the proceeding.

## *NOTICE*

Parties in interest are hereby granted thirty (30) days from the date of this notice to respond to the objection filed. If no opposition is filed within the prescribed period of time, the Court will enter an order granting the motion upon the filing of a certificate by the movant that adequate notice was given. Should an opposition be timely filed, the Court will schedule the motion for a hearing as contested matter. Absent good cause, untimely objections shall be denied.

**I HEREBY CERTIFY** on this same date I electronically filed the foregoing document with the clerk of the court using the CM/ECF System which will sent notification of such filing to the following: Chapter 13 Trustee, Alejandro Oliveras, US Trustee and to all creditors registered to said system. On this same date, I have sent copy of said document by regular mail to all parties in interest that are non CM/ECF participants as of the creditor matrix attached hereto.

In San Juan, Puerto Rico, this 3rd day of March, 2016.

By: /s/ Juan C. Bigas Valedon
**JUAN C. BIGAS VALEDON**
Attorneys for Debtor
U.S.D.C. NO. 215404
P.O. Box 7011
Ponce, P.R. 00732-7011
Tel. 259-1000; Fax 842-4090

```
DISTRITO DE CAYEY
INTOXILYZER - ALCOHOL ANALYZER
MODEL 5000EN      SN 68-013558
02/09/2013

NUM DE QUERELLA = 00229
APELLIDOS= MIRANDA FIGUEROA, JOSE, D
SUB DOB =09/20/36  = M
NUM LICENCIA = 263566/PR
POLICIA = AGTE RIVERA
NUM DE PLACA =16041

PRUEBA          %BrAC       HORA
AIR BLANK       .000     20:53EST
SUBJECT TEST    .013     20:55EST
AIR BLANK       .000     20:55EST
```

Agte William Rivera Lopez 16041

**NOMBRE DEL OPERADOR**

ESTADO LIBRE ASOCIADO DE PUERTO RICO
POLICIA DE PUERTO RICO

RECORD DE PRUEBA DE ANALISIS DE ALIENTO
INTOXILYZER MODEL (5000)
PPR-649
6-90

**OBSERVACIONES**

Num. Tarjeta  **658372**

FISCAL

.130

```
Label Matrix for local noticing        US Bankruptcy Court District of P.R.    AMERICAN EXPRESS
0104-3                                  Jose V Toledo Fed Bldg & US Courthouse  POB 3001
Case 15-02015-BKT13                     300 Recinto Sur Street, Room 109        MALVERN, PA 19355-0701
District of Puerto Rico                 San Juan, PR 00901-1964
Old San Juan
Thu Mar  3 15:52:05 AST 2016

American Express Bank FSB               BANCO POPULAR                           BANCO POPULAR DE PUERTO RICO
c/o Becket and Lee LLP                  PO BOX 366818                           BANKRUPTCY DEPARTMENT
POB 3001                                SAN JUAN, PR 00936-6818                 PO BOX 366818
Malvern PA 19355-0701                                                           SAN JUAN PR 00936-6818


BANCO SANTANDER                         CARDMEMBER SERVICE                      CARLOS E ROSADO MUNOZ
PO BOX 362589                           PO BOX 94014                            ROSADO MUNOZ LAW OFFICES, PSC
SAN JUAN, PR 00936-2589                 PALATINE, IL 60094-4014                 PO BOX 191192
                                                                                SAN JUAN, PR 00919-1192


CHASE BANK                              CIDRENA COOP                            JOSE D MIRANDA FIGUEROA
PO BOX 15298                            PO BOX 1490                             PO BOX 1124
WILMINGTON, DE 19850-5298               CIDRA, PR 00739-1490                    CIDRA PR 00739-1124


JUAN C BIGAS                            MILDRED LUZ RAMOS CRUZ                  (p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 7011                             PO BOX 704                              PO BOX 41067
PONCE PR 00732-7011                     CIDRA, PR 00739-0704                    NORFOLK VA 23541-1067


SAMS                                    SEARS                                   ALEJANDRO OLIVERAS RIVERA
PO BOX 530942                           PO BOX183081                            ALEJANDRO OLIVERAS CHAPTER 13 TRUS
ATLANTA, GA 30353-0942                  COLUMBUS, OH 43218-3081                 PO BOX 9024062
                                                                                SAN JUAN, PR 00902-4062


JUAN CARLOS BIGAS VALEDON               MILDRED LUZ RAMOS CRUZ                  MONSITA LECAROZ ARRIBAS
JUAN C BIGAS LAW OFFICE                 PO BOX 1124                             OFFICE OF THE US TRUSTEE (UST)
PO BOX 7011                             CIDRA, PR 00739-1124                    OCHOA BUILDING
PONCE, PR 00732-7011                                                            500 TANCA STREET SUITE 301
                                                                                SAN JUAN, PR 00901
```

                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541
```

                The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d) JOSE D MIRANDA FIGUEROA      (d) JOSE D MIRANDA FIGUEROA      End of Label Matrix
PO BOX 1124                      PO BOX 1124                      Mailable recipients    20
CIDRA, PR 00739-1124             CIDRA, PR 00739-1124             Bypassed recipients     2
                                                                  Total                  22
```

```
(d) JOSE D MIRANDA FIGUEROA      (d) JOSE D MIRANDA FIGUEROA      End of Label Matrix
PO BOX 1124                      PO BOX 1124                      Mailable recipients    20
CIDRA, PR 00739-1124             CIDRA, PR 00739-1124             Bypassed recipients     2
                                                                  Total                  22
```