IN UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

**JOSE D MIRANDA FIGUEROA**

DEBTOR(S)

CASE NO: **15-02015-BKT**

CHAPTER 13

**MOTION FOR ENTRY OF ORDER TO DEEM AMENDED THE PLAN'S BASE**

**TO THE HONORABLE COURT:**

**COMES NOW,** Alejandro Oliveras Rivera, Chapter 13 Trustee and respectfully states and prays:

1. The plan dated February 08, 2017 was confirmed on February 27, 2017 (**dkt #94 & #98**). The plan provides a decrease in the amount of plan payments at the 47th month from $400.00 to $100.00. The base of the plan is $19,800.00.

2. Although, the plan provides for the above-mentioned payment change, Debtor has continued with the payments in the amount of $400.00 instead of a monthly payment of $100.00. As of today, there are $1,000.00 over the plan base.

3. It is hereby requested that the additional $1,000.00, already received by Trustee, be included as part of the plan's base and therefore that the plan's base be deemed amended to be $20,800.00. Approving this motion will result in deeming the plan amended to increase the base by the amounts of the payments sent by Debtor. The date of the confirmed plan or last approved post confirmation modified plan as well as the other provisions will remain the same.

4. Debtor(s) is not member(s) of the U.S. Armed Forces, the Coast Guard, the Public Health Service or the National Oceanic and Atmospheric Administration, as evidenced by the Certificate issued by the U.S. Department of Defense, copy of which is attached only to the original of this motion and movant's copy.

**WHEREFORE,** it is hereby respectfully requested from this Honorable Court to deem amended the base of plan, dated February 08, 2017, from $19,800.00 to $20,800.00.

Motion For Entry of Order…
Case No. 15-02015-BKT
Page 2

**NOTICE TO ALL CREDITORS AND PARTIES IN INTEREST:** Within **twenty-one (21) days** after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the clerk's office of the United States Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sent a notification of such filing to all those who in this case have registered for receipt of notice by electronic mail. I further certify that I have served to the U.S. Trustee, **ustpregion21.hr.ecf@usdoj.gov** and by depositing true and exact copies thereof in the United States Mail, postage prepaid, to the non CM/ECF participants: debtor(s, and all parties in interest.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico, this April 23, 2019.

**/S/ALEJANDRO OLIVERAS RIVERA**
**CHAPTER 13 TRUSTEE**
PO Box 9024062
San Juan, PR 00902-4062
Phone:(787) 977-3500
Fax: (787) 977-3521
**CCA-STA**

# CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

| | |
|---|---|
| AMERICAN EXPRESS BANK FSB<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | BANCO SANTANDER DE PR<br>PO BOX 362589<br>SAN JUAN, PR 00936-2589 |
| CARDMEMBER SERVICE<br>PO BOX 94014<br>PALATINE, IL 60094 | CHASE BANK<br>PO BOX 15298<br>WILMINGTON, DE 19850 |
| CIDRENA COOP<br>PO BOX 1490<br>CIDRA, PR 00739 | JOSE D MIRANDA FIGUEROA<br>PO BOX 1124<br>CIDRA, PR 00739 |
| MILDRED LUZ RAMOS CRUZ<br>C/O ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186 | MILDRED LUZ RAMOS CRUZ<br>PO BOX 704<br>CIDRA, PR 00739 |
| MILDRED LUZ RAMOS CRUZ<br>PO BOX 704<br>CIDRA, PR 00739 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 12914<br>NORFOLK, VA 23541 |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK, VA 23541 | QUANTUM3 GROUP LLC<br>MOMA FUNDING LLC<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 |
| SEARS<br>PO BOX183081<br>COLUMBUS, OH 43218-3081 | |

DATED: April 23, 2019

s/Hector Perez
OFFICE OF THE CHAPTER 13 TRUSTEE

Page 1 of 2     - CASE NO  15-02015-BKT

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

JOSE D MIRANDA FIGUEROA
PO BOX 1124
CIDRA, PR  00739

DATED:   April 23, 2019

Page 2 of 2      - CASE NO   15-02015-BKT

s/Hector Perez
OFFICE OF THE CHAPTER 13 TRUSTEE

Department of Defense Manpower Data Center

Results as of : Apr-23-2019 07:45:31 AM

SCRA 4.11



# Status Report
## Pursuant to Servicemembers Civil Relief Act

| | |
|---|---|
| SSN: | XXX-XX-2183 |
| Birth Date: | |
| Last Name: | MIRANDA FIGUEROA |
| First Name: | JOSE |
| Middle Name: | D |
| Status As Of: | Apr-23-2019 |
| Certificate ID: | DCGP1B5JT4NYV3S |

| On Active Duty On Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date ||||

| Left Active Duty Within 367 Days of Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date ||||

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date ||||
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty ||||

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Michael V. Sorrento*

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA  93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. ? 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940).  DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate.  In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q33) via this URL: https://scra.dmdc.osd.mil/faq.xhtml#Q33.  If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you.  See 50 USC App. ? 521(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC ? 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC ? 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC ? 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.